## APLIN V. ROBERTSON, ADMINISTRATOR OF PATRICK ROBERTSON.

An action of *indebitatus assumpsit* will not lie against an administrator for a debt due from the intestate.

ACTION of *assumpsit*, declaring that the defendant is administrator to Patrick Robertson, and that said Patrick at his death was indebted to the plaintiff the sum of £43 12s. 10d., which was exhibited and allowed at the Court of Probate, and lands sold, pursuant to orders from said Court of Probate for

the payment of said debt, and the money received by the defendant as administrator aforesaid, for the purpose of paying said debt, and that thereupon he became liable, and in consideration thereof assumed and promised, etc.

Plea — *Nonassumpsit.* Issue to the court.

Judgment — That the defendant did not assume and promise. There was no dispute in this case about any of the facts — the whole question was respecting the operation of law upon the facts. In suits brought against administrators, etc. in right of the deceased, the first point to be decided is, Did the deceased owe? Is the demand just as to him? This being decided in favor of the plaintiff, it does not follow, that the administrator, etc. is or ought to be liable to pay it out of his own estate. This is a very different question from the first, and every administrator, etc. ought to have an opportunity to be heard upon both, distinctly and without embarrassment, according to the settled established forms of proceeding in such cases; which cannot be altered for the better.